## COMSTOCK *v.* STONER.

[No. 4,308.   Filed February 25, 1903.]

APPEAL AND ERROR.—*Transcript.—Certificate of Clerk.—Seal of Court.—Dismissal of Appeal.*—Where the certificate of the clerk to the transcript is not authenticated by the seal of the court, the appeal will be dismissed.

From Elkhart Circuit Court; *J. D. Ferrall,* Judge.

Action by John D. Comstock against Laura E. Stoner. From a judgment for defendant, plaintiff appeals. *Appeal dismissed.*

*L. W. Vail* and *P. L. Turner,* for appellant.
*E. B. Zigler, Anthony Deahl* and *B. F. Deahl,* for appellee.

BLACK, P. J.—The certificate of the clerk below to the transcript on appeal in this cause has not the seal of the court affixed thereto.   Therefore the transcript is not authenticated as required by the statute and the decisions of the Supreme Court and of this Court.   §661 Burns 1901; *Jackson* v. *Van Devender,* 76 Ind. 27; *Conkey* v. *Conder,* 137 Ind. 441; *Watson* v. *Finch,* 150 Ind.183; *Fidelity,*

*etc., Union* v. *Byrd,* 154 Ind. 47; *Board, etc.,* v. *State; ex rel.,* 156 Ind. 550; *Garrigus* v. *Board, etc.,* 22 Ind. App. 303; Ewbank's Manual, §117.

Appeal dismissed.